**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROMIE INGALISE an individual; <br><br> Plaintiff, <br><br> v. <br><br> BAY AREA RAPID TRANSIT DISTRICT, a municipal corporation; and DOES 1-50, inclusive. <br><br> Defendants. | Case No.: 4:21-cv-00840-HSG <br><br> STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND THE PLEADINGS |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, Plaintiff filed his Complaint on February 2, 2021. (Doc. 1)

WHEREAS, Defendants answered on February 24, 2021. (Doc. 7)

WHEREAS, Plaintiff served Rule 34 Requests on or about April 27, 2021.

WHEREAS, Defendants requested an extension to respond and served their responses on or about June 29, 2021.

WHEREAS, Plaintiff has had only limited time to review and consider Defendants disclosures to make a decision in regards to amending the pleadings.

WHEREAS, the parties met and conferred, and Defendants agreed to stipulate to extend the Deadline to Amend Pleadings from July 2, 2021, to August 2, 2021.

Whereas, there is GOOD CAUSE to extend the Deadline to Amend Pleadings because Defendants have only recently made disclosures.

IT IS SO AGREED.

Dated: July 1, 2021

    /s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated: July 1, 2021

    /s/Tim Murphy (Auth 7-1-21)
TIMOTHY MURPHY
Attorneys for Defendants

**IT IS SO ORDERED.**

DATE: 7/6/2021

_____
HON. HAYWOOD S. GILLIAM, JR.
**DISTRICT JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**