**ADANTE D. POINTER, ESQ., 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROMIE INGALISE an individual;<br><br>　　　　Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT, a municipal corporation; and DOES 1-50, inclusive.<br><br>　　　　Defendants. | Case No.: 4:21-cv-00840-HSG<br><br>STIPULATION AND ORDER TO GRANT PLAINTIFF'S LEAVE TO FILE A FIRST AMENDED COMPLAINT TO NAME INVOLVED OFFICER |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

　　　　WHEREAS, Plaintiff filed his Complaint on February 2, 2021. (Doc. 1)

　　　　WHEREAS, Defendants answered on February 24, 2021. (Doc. 7)

　　　　WHEREAS, Plaintiff served Rule 34 Requests on or about April 27, 2021.

　　　　WHEREAS, Defendants requested an extension to respond and served their responses on or about June 29, 2021.

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION & ORDER
- 1

WHEREAS, Plaintiff has had only limited time to review and consider Defendants disclosures to make a decision in regards to amending the pleadings.

WHEREAS, after a review of Defendants' disclosures, Plaintiff identified Ronald Lam as the subject officer.

WHEREAS, the parties met and conferred, and Defendants agreed to stipulate to granting Plaintiff leave to file a First Amended Complaint to name Ronald Lam as the subject officer.

Whereas, there is GOOD CAUSE to GRANT Plaintiff leave to file a First Amended Complaint because he only recently discovered the officer's identity.

IT IS SO AGREED.

Dated: August 2, 2021

                                            /s/ Patrick M. Buelna
                                            PATRICK M. BUELNA
                                            Attorneys for Plaintiff

Dated: August 2, 2021

                                            /s/ Tim Murphy (Auth 8-2-21)
                                            TIMOTHY MURPHY
                                            Attorneys for Defendants

**IT IS SO ORDERED.**

**DATED: 8/4/2021**              _____
                                        **HON. HAYWOOD S. GILLIAM, JR.**
                                        **DISTRICT JUDGE**
                                        **NORTHERN DISTRICT OF CALIFORNIA**

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140,
Oakland, CA 94612
Tel: (510) 929 - 5400

STIPULATION & ORDER
- 2