TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email:  TMurphy@esmlawfirm.com

[G.C. §6103]

Attorneys for Defendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

| | |
|---|---|
| JEROMIE INGALISE, an individual;<br><br>                Plaintiff,<br><br>        v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br>A municipal corporation; and DOES 1-50,<br>Inclusive,<br><br>                Defendants.<br>_____/ | **CASE NO.:  4:21-cv-00840-HSG**<br><br>**STIPULATION AND ORDER POSTPONING DISCOVERY DATES AND DEADLINES** |

      Plaintiff, Jeromie Ingalise, and defendant, San Francisco Bay Area Rapid Transit District (hereinafter "BART") (Collectively "the Parties") through their respective counsel, hereby stipulate and seek an order of this Court rescheduling certain discovery-related dates and deadlines to permit the Parties to avoid incurring expenses associated with further discovery and expert witness services pending completion of a Settlement Conference scheduled with Magistrate Judge Beeler on November 9, 2021.

      The Parties are confident that they have completed sufficient discovery and investigation to permit a meaningful Settlement Conference with Magistrate Judge Beeler, and prefer to defer

1

the remaining depositions and matters related to expert witnesses, to be completed only if settlement cannot be achieved at the upcoming Settlement Conference.

The parties have met and conferred and propose the following modification to the existing case schedule:

| EVENT | Existing Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery Cutoff | November 5, 2021 | December 3, 2021 |
| Expert Designations | November 19, 2021 | December 10, 2021 |
| Rebuttal Expert Designations | December 17, 2021 | December 31, 20221 |
| Expert Discovery Cutoff | January 14, 2022 | Unchanged |
| Hearing on Dispositive Motions | February 24, 2022 | Unchanged |
| Pre-Trial Conference | May 24, 2022 | Unchanged |
| Jury Trial | June 6, 2022 | Unchanged |

IT IS SO STIPULATED.

DATED: October 26, 2021            POINTER & BUELNA, LLP

                                   By:_____/s/_____
                                        Patrick Buelna, Esq.
                                        Attorney for Plaintiff

DATED: October 26, 2021            EDRINGTON, SCHIRMER & MURPHY LLP

                                   By ____/s/ *Timothy P. Murphy*_____
                                        Timothy P. Murphy, Esq.
                                        Attorney for Defendant
                                        SAN FRANCISCO BAY AREA RAPID
                                        TRANSIT DISTRICT

IT IS SO ORDERED:

DATED: _____10/27/2021_____    _____*Haywood S. Gilliam Jr.*_____
                                   HAYWOOD S. GILLIAM, JR.
                                   United States District Judge

//