TIMOTHY P. MURPHY, ESQ. (Bar No. 120920)
EDRINGTON, SCHIRMER & MURPHY LLP          [G.C. §6103]
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
Email: TMurphy@esmlawfirm.com

Attorneys for Defendant
SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND COURTHOUSE

| | |
|---|---|
| JEROMIE INGALISE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br>A municipal corporation; and DOES 1-50,<br>Inclusive,<br><br>Defendants.<br>_____/ | **CASE NO.:  4:21-cv-00840-HSG**<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND ORDER** |

   WHEREAS all parties to this action, namely, Plaintiff JEROMIE INGALISE individually and Defendant BAY AREA RAPID TRANSIT DISTRICT (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Release" ("the Settlement Agreement"), to fully and finally resolve all matters concerning the Settling Parties without trial;

   WHEREAS the Settlement Agreement covers all the claims between the Settling Parties in this action;

   WHEREAS the Settling Parties agree to pay their own attorney fees and costs; and

   WHEREAS there are no further issues for the Court to resolve as between the Settling

Parties,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This action, including each of Plaintiff's causes of action set out in Plaintiff's operative Complaint in the above-captioned action against all named defendants, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

IT IS SO STIPULATED.

DATED: January 14, 2022                    POINTER & BUELNA, LLP

By: _____/s/_____
    Patrick Buelna, Esq.
    Attorney for Plaintiff
    JEROMIE INGALISE

DATED: January 14, 2022                    EDRINGTON, SCHIRMER & MURPHY LLP

By _____/s/ *Timothy P. Murphy*_____
    Timothy P. Murphy, Esq.
    Attorney for Defendant
    SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT

**IT IS SO ORDERED:**

DATED: 1/14/2022                    _____
                                    HAYWOOD S. GILLIAM, JR.
                                    United States District Judge